UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-04334-Reid

IN RE SEALED COMPLAINT
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
ABBIE D. WAXMAN
Assistant United States Attorney
FL Bar No.: 109315
99 Northeast Fourth Street
Miami, Florida 33132-2111
Tel: 305-961-9240
Email: Abbie.Waxman@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:23-mj-04334-Reid |
| AVIN SEETARAM, | ) |
| a/k/a "Smalls," and | ) |
| SOMJEET CHRISTOPHER SINGH | ) |
| Defendants | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 2, 2023 through in or around November 4, 2023 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a) | Kidnapping Resulting in Death |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Pavletic, Special Agent, FBI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: November 22, 2023

_____
Judge's signature

City and state: Miami, Florida    Hon. Lisette M. Reid, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas Pavletic, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve investigating various violations of federal offenses, including bank robberies, Hobbs Act robberies, extortions, kidnappings, and other violations of federal law. I have been an FBI Special Agent since May 2019.

2. This affidavit is submitted in support of a criminal complaint against AVIN SEETARAM ("SMALLS") and SOMJEET CHRISTOPHER SINGH ("SINGH"). As explained below, there is probable cause to believe that, between on or about November 2, 2023, and November 4, 2023, SMALLS and SINGH committed violations of Title 18, United States Code, Sections 1201(a)(1) and 2 (Kidnapping Resulting in Death).

3. The information in this affidavit is based on my own personal knowledge as well as information provided by other individuals, including other law enforcement officials, and on my review of records obtained during the course of this investigation. I have not included in this affidavit each and every fact and circumstance known to me, but only those facts and circumstances sufficient to establish probable cause for SMALLS and SINGH's arrests for the violation described above.

### PROBABLE CAUSE

4. On or about November 4, 2023, family members of S.S. a 36-year-old male ("VICTIM") reported him missing to local law enforcement. According to VICTIM's family and girlfriend, their last contact with VICTIM was a phone call between him and his girlfriend at approximately 6:47PM on November 2, 2023. VICTIM's girlfriend tried calling VICTIM shortly

1

after, but he did not answer his phone. VICTIM did not come home that night and did not report to work the next day.

5. On November 21, 2023, law enforcement discovered a deceased and partially decomposed human body on the ground in a wooded tree area. The body had black sneakers, consistent with the ones VICTIM was last seen in on November 2, 2023. A cut zip tie was found in close proximity to the body. A medical examiner determined that the cause of death was a gunshot wound to the head.

### November 2-4, 2023

6. VICTIM, Avin Seetaram a/k/a Smalls ("SMALLS") and Somjeet Christopher Singh ("SINGH") all know each other and work in the fireworks business. Law enforcement obtained cellular telephone records related to VICTIM and SMALLS which show they were in communication with each other from the afternoon of November 2, 2023, until VICTIM's phone went off network later that night. The communications between SMALLS and VICTIM show that SMALLS messaged VICTIM a photograph of a key inside a drawer and then approximately one hour later they spoke over the phone. VICTIM communicated with SMALLS while VICTIM was at work at Opa-Locka Executive Airport, in Miami-Dade County.

7. After that phone call, VICTIM's telephone left the vicinity of his place of work and went to the area of an HVAC business located in Broward County, Florida (the "TARGET BUSINESS"). The TARGET BUSINESS is owned and operated by SINGH. SMALLS also works at the TARGET BUSINESS. VICTIM's telephone remained in the vicinity of the business until it moved to a different location and went off network. VICTIM's network has not come back onto the network since that night.

8. SMALLS and SINGH's telephones were in communication throughout the evening on November 2, 2023. SMALLS's telephone was in the area of the TARGET BUSINESS when he messaged VICTIM the photograph of the key in the drawer.

9. Law enforcement obtained SunPass toll records related to VICTIM's vehicle.[1] Those records revealed that VICTIM's vehicle was towed away from the TARGET BUSINESS at 2:15AM on November 3, 2023 by an unmarked black tow truck.

10. Law enforcement identified the tow truck driver as A.M., who stated that he towed VICTIM's vehicle on November 3, 2023. A.M. works for L.S., who is SINGH's cousin. A.M. stated he picked up VICTIM's vehicle from a parking lot in an industrial area of South Florida at the instruction of L.S. A.M. stated that the keys were inside the vehicle when he picked it up.

11. Law enforcement later confirmed that A.M. picked up VICTIM's vehicle from the TARGET BUSINESS parking lot.

12. On November 3, 2023, SMALLS' telephone was at the TARGET BUSINESS early in the morning until it traveled to the area around a Home Depot. Law enforcement obtained photographs from Home Depot security footage of SMALLS and SINGH purchasing a 96 Gallon Toter Refuse Yardwaste Cart for $124. They paid in cash. SMALLS' telephone then returned to the TARGET BUSINESS and remained there until at least 9:00AM.

13. On the morning of November 4, 2023, SMALLS' telephone was travelling West on Alligator Alley toward the vicinity where VICTIM's body was recovered. The records also show that between approximately 8:04AM and 8:12AM, SMALLS' cellular telephone was in the vicinity of Snake Road at the Big Cypress Reservation, in Broward County, Florida.

---

[1] This vehicle is registered to VICTIM's mother but is the vehicle that he uses.

14. Law enforcement obtained toll records for a van owned jointly by SINGH and the TARGET BUSINESS. The toll records show that the van was travelling in the same direction at approximately the same time as SMALLS' telephone through the Alligator Alley toll plaza.

15. Law enforcement also obtained photographs from this toll plaza. The photographs captured a front and rear image of the van. Law enforcement enhanced the front image which showed two males in the vehicle. The rear image captured the van's assigned license plate, AR81NS.

### Interviews

16. Law enforcement interviewed SMALLS on multiple separate occasions. Each interview was non-custodial. SMALLS told law enforcement that he was home sick all night on November 2, 2023, and did not leave his residence. SMALLS later said he went to a job site with an employee, G.H. During this interview SMALLS gave law enforcement consent to view his cellular telephone. While viewing the phone, law enforcement observed a deleted message with a photograph of a key inside a drawer that SMALLS sent VICTIM on November 2, 2023, at approximately 4:54PM. When asked about the key, SMALLS told law enforcement that he had put the key there and sent it to VICTIM to show him where it was so that VICTIM could come get the key from the TARGET BUSINESS. SMALLS later allowed law enforcement to search his work electronic tablet, which showed the scheduled jobs for TARGET BUSINESS. SMALLS could not locate on the schedule any work order for the location or job from November 2, 2023, that he had previously stated would be present. SMALLS ultimately told law enforcement that he and SINGH lured VICTIM to the TARGET BUSINESS to kill him because SINGH said VICTIM owed him a large money debt. SMALLS further stated that while VICTIM was at the TARGET BUSINESS another individual who was working with SMALLS and SINGH shot VICTIM in the

head with a firearm.

17. Law enforcement interviewed SINGH who said he had not seen VICTIM since the week before Halloween. According to SINGH, they were together at a party at SINGH's cousin's house, L.S., in the Orlando area. When asked about the towing of VICTIM's vehicle, SINGH denied knowing anything but later stated he called his cousin to tow the vehicle from the TARGET BUSINESS.

18. On November 21, 2023, law enforcement obtained VICTIM's notebook related to his business in purchase and sale of fireworks. The notebook appeared to document purchase orders and loans relating to fireworks. According to the notebook written by VICTIM, SINGH owed VICTIM approximately $315,000. The notebook does not indicate anywhere that SINGH paid back any amount to VICTIM. VICTIM's girlfriend stated to law enforcement that VICTIM had begun trying to collect his debts.

19. Based on the foregoing, I submit there is probable cause to believe that, between on or about November 2, 2023 and November 4, 2023, SMALLS and SINGH committed violations of Title 18, United States Code, Sections 1201(a)(1) and 2 (Kidnapping Resulting in Death).

**FURTHER AFFIANT SAYETH NAUGHT.**

THOMAS PAVLETIC
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __22nd__ day of November, 2023.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE