# MINUTE ORDER

Page 10

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 11/27/2023   Time: 1:30 p.m.

Defendant: SOMJEET CHRISTOPHER SINGH   J#: 88351-510   Case #: 23-MJ-4334-REID (SEALED)

AUSA: Elizabeth Noonan-Pomada   Attorney:

Violation: KIDNAPPING RESULTING IN DEATH   Surr/Arrest Date: 11/22/23   YOB: 1994

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
Motion to Unseal **GRANTED**
**Defendant to retain counsel.**
Defendant held Temporary Pretrial Detention @ Government request, danger to the community.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

*Report RE Counsel:*   11/30/23   10:00   *Miami Duty*
*PTD Hearing:*   11/30/23   10:00   *Miami Duty*
*Prelim/Arraign:*   12/11/23   10:00   *Miami Duty*
Status Conference RE:

D.A.R. 14:51:35   Time in Court: 2

s/Edwin G. Torres   Chief Magistrate Judge