UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20483-CR-ALTMAN(s)
18 U.S.C. § 1958
18 U.S.C. § 1201(c)
18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2261A(2)(A)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 924(o)
18 U.S.C. § 924(j)(1)
18 U.S.C. § 1503
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

AVIN SEETARAM,
    a/k/a "Smalls,"
SOMJEET CHRISTOPHER SINGH,
    a/k/a "Lil Chris,"
GAVIN HUNTER,
DAVINDRA RAMANAN,
    a/k/a "Randy,"
and MICHAEL JARRETT,
    a/k/a "Mikey,"

    Defendants.
_____/

FILED BY_____BM_____D.C.

Jul 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**Murder for Hire Conspiracy**
**18 U.S.C. § 1958**

From on or about July 2, 2023, the exact date being unknown to the Grand Jury, continuing through on or about November 2, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

1

**AVIN SEETARAM,**
**a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of S.S. be committed in violation of the laws of the State of Florida as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, with the death of S.S. resulting, in violation of Title 18, United States Code, Section 1958(a).

## COUNT 2
**Murder for Hire**
**18 U.S.C. § 1958**

On or about November 2, 2023, the exact date being unknown to the Grand Jury, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,**
**a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

did use, and cause another to use, any facility of interstate and foreign commerce, with intent that the murder of S.S. be committed in violation of the laws of the State of Florida as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, with the death of S.S. resulting, in violation of Title 18, United States Code, Sections 1958(a) and 2.

2

<u>COUNT 3</u>
**Kidnapping Conspiracy**
**18 U.S.C. § 1201(c)**

From on or about November 2, 2023, the exact date being unknown to the Grand Jury, continuing through on or about November 21, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,**
**a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away S.S. and hold him, for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of this offense, in violation of Title 18, United States Code, Section 1201(a)(1).

**OBJECT OF THE CONSPIRACY**

It was the purpose and object of the conspiracy for the defendants and their co-conspirators to extinguish a monetary debt owed to S.S. by murdering S.S. and then concealing his body by seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away S.S.

**OVERT ACTS**

In furtherance of the conspiracy, and to accomplish its purpose, at least one of the conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1.     In or around November 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris,"** asked **AVIN SEETARAM, a/k/a "Smalls,"** and **GAVIN HUNTER** to kill S.S.

2.      In or around November 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris," AVIN SEETARAM, a/k/a "Smalls,"** and **GAVIN HUNTER** used their cellular telephones to communicate with each other.

3.      On or about November 2, 2023, **AVIN SEETARAM, a/k/a "Smalls,"** sent S.S. a text message of a photograph of a key inside a drawer located at 5441 Northwest 15th Street, Margate, Florida 33063 to lure S.S. to that address.

4.      On or about November 2, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris,"** purchased food and delivered it to 5441 Northwest 15th Street, Margate, Florida 33063.

5.      On or about November 2, 2023, **GAVIN HUNTER** possessed a firearm while waiting for S.S. to arrive at 5441 Northwest 15th Street, Margate, Florida 33063 to shoot him.

6.      On or about November 2, 2023, **GAVIN HUNTER** had a physical altercation with S.S.

7.      On or about November 2, 2023, **GAVIN HUNTER** discharged a firearm.

8.      On or about November 2, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris,"** extinguished a debt owed by **AVIN SEETARAM, a/k/a "Smalls,"** in the amount of $10,000.

9.      On or about November 2, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris,"** gave **AVIN SEETARAM, a/k/a "Smalls,"** $5,000 to pay **GAVIN HUNTER** for the murder of S.S.

10.     On or about November 4, 2023, **AVIN SEETARAM, a/k/a "Smalls,"** gave **GAVIN HUNTER** $5,000.

11.     On or about November 18, 2023, **AVIN SEETARAM, a/k/a "Smalls,"** lied to FBI agents about his involvement in the kidnapping and murder of S.S. and disposal of S.S.'s body.

12.     On or about November 19, 2023, **AVIN SEETARAM, a/k/a "Smalls,"** lied to FBI agents about his involvement in the kidnapping and murder of S.S. and disposal of S.S.'s body.

13.     On November 18, 2023, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris,"** lied to FBI agents about his involvement in the kidnapping and murder of S.S. and disposal of S.S.'s body.

14.     On November 20, 2023, **GAVIN HUNTER** lied to FBI agents about his involvement in the kidnapping and murder of S.S.

## COUNT 4
### Kidnapping
### 18 U.S.C. § 1201(a)(1)

On or about November 2, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,
a/k/a "Smalls,"
SOMJEET CHRISOPHER SINGH,
a/k/a "Lil Chris," and
GAVIN HUNTER,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold a person, that is, S.S., for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the commission of this offense, with the death of S.S. resulting, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT 5
### Stalking Resulting in Death
### 18 U.S.C. § 2261A(2)(A)

From at least on or about July 2, 2023, up to and including on or about November 2, 2023, the exact date being unknown to the Grand Jury, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,**
**a/k/a "Smalls"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

with the intent to kill, injure, harass, and intimidate another person, that is, S.S., used an electronic communication service and electronic communication system of interstate commerce, and another facility of interstate and foreign commerce, to engage in a course of conduct that placed S.S. in reasonable fear of the death of and serious bodily injury to S.S, and in the course of engaging in such conduct caused the death of S.S., to wit, **SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"** and **AVIN SEETARAM, a/k/a "Smalls,"** used a cellular telephone, interstate wires, interstate highways, a GPS tracking device, an automobile, a firearm, and the Internet to plan and carry out the stalking and killing of S.S., in violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261(b)(1) and 2.

## COUNT 6
### Discharging a Firearm in Furtherance of a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)(iii)

On or about November 2, 2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,**
**a/k/a "Smalls"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris," and**
**GAVIN HUNTER,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be prosecuted in a court of the United States, that is, a violation Title 18, United States Code, Section

2261A(2)(A), as charged in Count 5 of this Superseding Indictment, in violation of Title 18, United

States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the

firearm was discharged.

### COUNT 7
**Stalking**
**18 U.S.C. § 2261A(2)(A)**

From at least on or about July 2, 2023, up to and including on or about July 8, 2023, in Miami-

Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**DAVINDRA RAMANAN,**
**a/k/a "Randy," and**
**MICHAEL JARRETT,**
**a/k/a "Mikey,"**

with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure,

harass, and intimidate another person, that is S.S., used any interactive computer service, electronic

communication service, electronic communication system of interstate commerce, and other facility of

interstate and foreign commerce to engage in a course of conduct that placed S.S. in reasonable fear of

the death of and serious bodily injury to S.S., to wit, **DAVINDRA RAMANAN, a/k/a "Randy,"** and

**MICHAEL JARRETT, a/k/a "Mikey,"** used a cellular telephone, a GPS tracking device, an

automobile, and a firearm, in violation of Title 18, United States Code, Sections 2261A(2)(A) and 2.

### COUNT 8
**Discharging a Firearm in Furtherance of a Crime of Violence**
**18 U.S.C. § 924(c)(1)(A)(iii)**

Between on or about July 2, 2023, and continuing through on or about July 4, 2023, in Miami-

Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**DAVINDRA RAMANAN,**
**a/k/a "Randy," and**
**MICHAEL JARRETT,**
**a/k/a "Mikey,"**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly

possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be

prosecuted in a court of the United States, that is a violation Title 18, United States Code, Section

2261A(2)(A), as charged in Count 7 of this Superseding Indictment, in violation of Title 18, United

States Code, Sections 924(c)(1)(A) and 2.

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the

firearm was discharged.

**COUNT 9**
**Conspiracy to Use and Carry a Firearm During a Crime of Violence**
**18 U.S.C. § 924(o)**

Beginning on or about July 2, 2023, and continuing through on or about November 2, 2023, in

Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,**
**a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris,"**
**GAVIN HUNTER,**
**DAVINDRA RAMANAN,**
**a/k/a "Randy," and**
**MICHAEL JARRETT,**
**a/k/a "Mikey,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others

known and unknown to the Grand Jury, to use and carry a firearm during and in relation to a crime of

violence, and to possess a firearm in furtherance of a crime violence, an offense for which the

defendants may be prosecuted in a court of the United States, that is a violation Title 18, United States

Code, Section 2261A(2)(A), as charged in Counts 5 and 7 of this Superseding Indictment, in violation

of Title 18, United States Code, Section 924(c)(1)(A); all in violation of Title 18, United States Code,

924(o).

### COUNT 10
### Causing the Death of a Person During a Violation of 18 U.S.C. § 924(c)
### 18 U.S.C. § 924(c)(1)(A)(iii) and (j)(1)

On or about November 2, 2023, in Miami-Dade and Broward Counties, in the Southern District

of Florida, and elsewhere, the defendants,

**AVIN SEETARAM,**
**a/k/a "Smalls,"**
**SOMJEET CHRISOPHER SINGH,**
**a/k/a "Lil Chris,"**
**GAVIN HUNTER,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly

possess a firearm in furtherance of a crime of violence, an offense for which the defendants may be

prosecuted in a court of the United States, that is, a violation Title 18, United States Code, Sections

2261A(2)(A), as charged in Count 5 of this Superseding Indictment; and in the course of this violation

of Title 18, United States Code, Section 924(c), caused the death of a person, S.S., through the use of

a firearm, which killing was a murder as defined in Title 18, United States Code, Section 1111, in

violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(j)(1), and 2.

### COUNT 11
### Obstruction of Justice
### 18 U.S.C. § 1503(a)

Beginning on or about November 2, 2023, and continuing through on or about November 21,

2023, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the

defendants,

**AVIN SEETARAM,**
a/k/a "Smalls,"
**SOMJEET CHRISOPHER SINGH,**
a/k/a "Lil Chris,"
**GAVIN HUNTER,**

did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede, the due and proper administration of justice, specifically by providing false information to agents of the Federal Bureau of Investigation for the purpose of obstructing an investigation into the kidnapping and murder for hire of S.S., in violation of Title 18, United States Code, Sections 1503 and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **AVIN SEETARAM, a/k/a "Smalls"**, **SOMJEET CHRISTOPHER SINGH**, **a/k/a "Lil Chris," GAVIN HUNTER**, **DAVINDRA RAMANAN, a/k/a "Randy,"** and **MICHAEL JARRETT, a/k/a "Mikey,"** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1201 or 1958, as alleged in this Superseding Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other criminal law of the United States, as alleged in this Superseding Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

4.      If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code Sections 981(a)(1)(C) and 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

MICHAEL E. GILFARB
ASSISTANT UNITED STATES ATTORNEY

SARAH RASALAM
TRIAL ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:** 23-20483-CR-ALTMAN(s)_____

v.

AVIN SEETARAM, a/k/a "Smalls," et al.,

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) Yes___
Number of New Defendants ___2___
Total number of new counts ___6___

**Court Division** (select one)
☑ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No___
    List language and/or dialect:_____

4.  This case will take __15__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                 (Check only one)
    I    ☐  0 to  5 days              ☐ Petty
    II   ☐  6 to 10 days              ☐ Minor
    III  ☑  11 to 20 days             ☐ Misdemeanor
    IV   ☐  21 to 60 days             ☑ Felony
    V    ☐  61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) Yes___
    If yes, Judge Roy K. Altman_____ Case No. 23-20483-CR-ALTMAN_____

7.  Has a complaint been filed in this matter? (Yes or No) No___
    If yes, Judge _____ Magistrate Case No._____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
    If yes, Judge _____ Case No._____

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) Yes___

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? Yes___

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office which concluded on October 7, 2024? No___

By: _____

ABBIE D. WAXMAN
Assistant United States Attorney
FL Bar No.          109315

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   **AVIN SEETARAM, a/k/a "Smalls"**

**Case No**:   23-20483-CR-ALTMAN(s)

Count #1:

Conspiracy to Commit Murder for Hire

18 U.S.C. § 1958
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

Murder for Hire

18 U.S.C. § 1958
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #3:

Kidnapping Conspiracy

18 U.S.C. § 1201(c)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #4:

Kidnapping

18 U.S.C. § 1201(a)(1)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #5:

Stalking Resulting in Death

18 U.S.C. § 2261A(2)(A)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #6:

Discharging a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(iii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #9:

Conspiracy to Use a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(o)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #10:

Causing the Death of a Person During a Violation of 924(c)

18 U.S.C. § 924(j)(1)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #11:

Obstruction of Justice

18 U.S.C. § 1503(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:  <u>**SOMJEET CHRISTOPHER SINGH, a/k/a "Lil Chris"**</u>

**Case No**:  <u>23-20483-CR-ALTMAN(s)</u>

Count #1:

Conspiracy to Commit Murder for Hire

18 U.S.C. § 1958
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

Count #2:

Murder for Hire

18 U.S.C. § 1958
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

Count #3:

Kidnapping Conspiracy

18 U.S.C. § 1201(c)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #4:

Kidnapping

18 U.S.C. § 1201(a)(1)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #5:

Stalking Resulting in Death

18 U.S.C. § 2261A(2)(A)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #6:

Discharging a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(iii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #9:

Conspiracy to Use a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(o)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #10:

Causing the Death of a Person During a Violation of 924(c)

18 U.S.C. § 924(j)(1)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #11:

Obstruction of Justice

18 U.S.C. § 1503(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**: __**GAVIN HUNTER**__

**Case No**: __23-20483-CR-ALTMAN(s)__

Count #1:

Conspiracy to Commit Murder for Hire

18 U.S.C. § 1958
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #2:

Murder for Hire

18 U.S.C. § 1958
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #3:

Kidnapping Conspiracy

18 U.S.C. § 1201(c)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #4:

Kidnapping

18 U.S.C. § 1201(a)(1)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** Death or Life
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #5:

Stalking Resulting in Death

18 U.S.C. § 2261A(2)(A)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #6:

Discharging a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(iii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #9:

Conspiracy to Use a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(o)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #10:

Causing the Death of a Person During a Violation of 924(c)

18 U.S.C. § 924(j)(1)
* **Max. Term of Imprisonment:** Death or Life
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #11:

Obstruction of Justice

18 U.S.C. § 1503(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   **DAVINDRA RAMANAN, a/k/a "Randy"**

**Case No**:   23-20483-CR-ALTMAN(s)

Count #7:

Stalking

18 U.S.C. § 2261A(2)(A)
**\* Max. Term of Imprisonment:** 10 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** N/A
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

Count #8:

Discharging a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(iii)
**\* Max. Term of Imprisonment:** Life
**\* Mandatory Min. Term of Imprisonment (if applicable):** 10 years
**\* Max. Supervised Release:** 5 years
**\* Max. Fine:** $250,000

Count #9:

Conspiracy to Use a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(o)
**\* Max. Term of Imprisonment:** 20 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** N/A
**\* Max. Supervised Release:** 3 years
**\* Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   **MICHAELL JARRETT, a/k/a "Mikey"**

**Case No**:   23-20483-CR-ALTMAN(s)

Count #7:

Stalking

18 U.S.C. § 2261A(2)(A)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #8:

Discharging a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(c)(1)(A)(iii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

Count #9:

Conspiracy to Use a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 924(o)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**