2 DEFENDANTS

# MINUTE ORDER

Page 8

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 7/14/25     Time: 1:00 p.m.

Defendant: 2) Michael Jarrett     J#: 96089-511     Case #: 23-CR-20483-ALTMAN(SEALED)

AUSA: Abbie Waxman     Attorney:

Violation: Stalking. Discharging a Firearm in Furtherance of a Crime of Violence. Consp to Use a Firearm in Furtherance of a Crime of Violence.

Surr/Arrest Date: 07/11/25     YOB: 2001

Proceeding: Initial Appearance     CJA Appt: ~~Robert M. Perez~~ (Conflict)
Juan J. Michelen.

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft sworn
- Deft advised of rights & Charges
- Deft's Ore Tenus request for Appt of Counsel is GRANTED
- CJA appt
- Gov't's Ore Tenus for PTD hearing is GRANTED

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing: 7/17   1:00 p.m. Reid   Miami
Prelim/Arraign or Removal: 7/17
Status Conference RE:
D.A.R. 13:21:09 / 13:35:21     Time in Court: 10 minutes

s/Lisette Marie Reid     Magistrate Judge