# COURT MINUTES
## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 7/17/2025   Time: 1:00 p.m.

Defendant: 1) Davindra Ramanan     J#: 96091-511    Case #: 23-CR-20483-ATLMAN
AUSA: Abbie Waxman       Attorney: David A. Donet Jr. -CJA // Larry Handfield-Tmy Temp
Violation: STALKING; DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE
Proceeding: Detention Hearing; Arraignment on Superseding Indictment     CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No     Recommended Bond: TEMP -Pretrial Detention
Bond Set at:                                       Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition:
*Brady Order NOT given; Counsel Larry Handfield filed a notice of appearance
- Atty Donet, Jr. shall remain on the case until notice of permanent counsel is filed
- Deft's motion to continue PTD hrg & Arraignment until 8/14 is GRANTED

Time from today to 8/14/25 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:       Judge:       Place:
Report RE Counsel:  8/14
PTD/Bond Hearing:  8/14       10:00      Duty        Miami
Prelim/Arraign or Removal:  8/14
Status Conference RE:
D.A.R. 13:19:22                         Time in Court: 3 minutes